Filed 6/23/2016 5:47:55 PM
Debbie Shirley
County Clerk
Hopkins County, Texas

Leslie Cannon

CAUSE NO. P15-13793

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE COUNTY COURT |
| | § | |
| JORGE ALEJANDRO PALMEROS, | § | OF |
| | § | |
| DECEASED, | § | HOPKINS COUNTY, TEXAS |

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/28/2016 2:55:41 PM
DEBBIE AUTREY
Clerk

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW ALEJANDRO JORGE PALMEROS, MARIA DOLORES OSORNIO, PAUL R. HORNUNG, and THE LAW OFFICE OF DOMINGO GARCIA, P.C., who file this their Notice of Appeal and, in support of same, respectfully show this Court the following:

I.

ALEJANDRO JORGE PALMEROS and MARIA DOLORES OSORNIO are appealing the Order denying their Motion to Remove Brandie Solis as Independent Administratix of the Estate of Jorge Alejandro Palmeros, Deceased, and to Reopen this Case, which was signed on June 7, 2016.

II.

Appellants are appealing the Order quashing the subpoena *duces tecum* served upon George L. Preston, granting Mr. Preston's Motion for a Protective Order, and requiring THE LAW OFFICE OF DOMINGO GARCIA, P.C. to pay $1,000.00 to Mr. Preston with 30 days, which was signed on June 7, 2016.

III.

This appeal is taken to the Sixth District Court of Appeals in Texarkana, Texas. Appellants have a right to be heard by the Sixth Court of Appeals according to Chapter 54 of the Texas Government Code.

NOTICE OF APPEAL/bn

Respectfully submitted,

LAW OFFICES OF DOMINGO A. GARCIA, P.C.

By: _____
Domingo A. Garcia
State Bar No. 07631950
Paul R. Hornung
State Bar No. 00795831

600 Bank of America Twr. - Oak Cliff
400 S. Zang Blvd.
Dallas, Texas 75208
(214) 941-8300 - Telephone
(214) 943-7536 - Facsimile
Email: dallasoffice@dgley.com

ATTORNEYS FOR ALEJANDRO JORGE PALMEROS and MARIA DOLORES OSORNIO

CERTIFICATE OF SERVICE

A true and correct photocopy of this document was served upon all counsel of record on June 23, 2016 by email to the Appellee GEORGE L. PRESTON at glplegalasst@yahoo.com and to the Appellee BRANDIE SOLIS' attorney J. A. Asafi at Asafi@AsafiLawFirm.com in accordance with TEX. R. CIV. PROC. 8, 21, & 21a and with TEX. R. APP. PROC. 9.5 & 25.1(e).

_____
Paul R. Hornung